1  Leemore Kushner (SBN 221969)
   KUSHNER LAW GROUP
2  801 North Citrus Avenue
   Los Angeles, California 90038
3  Telephone: (323) 515-7894
   Facsimile: (323) 544-8170
4  Email: lkushner@kushnerlawgroup.com

5  Attorneys for Plaintiff Malibu Media, LLC

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MALIBU MEDIA, LLC, a California | Case No. **'12CV1357 AJB  RBB**
12 | limited liability company,       |
13 |         Plaintiff,               |
   |                                  | **NOTICE OF PARTY WITH**
14 |     v.                           | **FINANCIAL INTEREST**
15 | JOHN DOES 1 through 11,          |
16 |         Defendants.              |

17

18

19

20

21

22

23

24

25

26

27

28

1 | PLEASE TAKE NOTICE, pursuant to Local Rule 40.2, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

DATED: June 5, 2012

KUSHNER LAW GROUP

By: _____/s/ Leemore L. Kushner_____
Leemore L. Kushner
Attorneys for Plaintiff Malibu Media, LLC